UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 20-6466 DMG (PVC)                           Date:  July 24, 2020

Title        B.E.O. v. Andrew Saul, Commissioner of Social Security

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**PROCEEDINGS:   [IN CHAMBERS]  ORDER  TO SHOW CAUSE WHY PLAINTIFF'S REQUEST TO PROCEED IN FORMA PAUPERIS SHOULD NOT BE DENIED FOR AN INADEQUATE SHOWING OF INDIGENCY (Dkt. No. 3)**

Plaintiff, through counsel, has filed a complaint seeking review of the Commissioner's decision denying her application for social security disability insurance benefits.  (Dkt. No. 1).  Concurrently with the complaint, Plaintiff filed a Request to Proceed In Forma Pauperis.  ("IFP Application," Dkt. No. 3).  However, the IFP Application is incomplete.  For example, Plaintiff indicates that she is employed but does not state her salary or wages per month.  She also indicates that she receives food stamps, but does not state the amount.  (*Id.* at 1).  Furthermore, it is unclear how much income Plaintiff reported on her last filed income tax return.  (*Id.* at 2).

Plaintiff bears the burden of showing a financial inability to pay the filing fee and must submit an affidavit that "state[s] the facts as to affiant's poverty with some particularity, definiteness and certainty."  *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981).  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why her IFP Application should not be denied for failure to make an adequate showing of indigency.  Plaintiff may discharge this order by filing an amended IFP Application providing all of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-6466 DMG (PVC)                                  Date:  July 24, 2020

Title        B.E.O. v. Andrew Saul, Commissioner of Social Security


the information requested, or a declaration, executed under oath, explaining why she is unable to do so, within **fourteen days** of the date of this order.  Alternatively, Plaintiff may also discharge this order by paying the full filing fee in a form acceptable to the Clerk's Office by the same deadline.

     Plaintiff is explicitly cautioned that the failure to comply with this Order by the Court's deadline will result in a recommendation that this action be dismissed without prejudice for failure to pay the filing fee or make an adequate showing of indigency.

     IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |